UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | ) ) ) ) ) ) ) | CV 417-151 |
| v. | | |
| TENNSTAR ENERGY, INC., *et al.* | | |

## ORDER

Before the Court is the United States Attorney's Unopposed Amended Motion to Intervene and Stay Civil Proceedings. (Doc. 23.) After careful consideration, and upon consent of the parties, the Amended Motion is hereby **GRANTED**.

It is hereby **ORDERED** that this case is **STAYED** pending the completion of the criminal proceedings in *United States v. Underwood*, No. CR417-197 (S.D. Ga.), *United States v. Greenlee*, No. CR417-203 (S.D. Ga.), and *United States v. Stewart*, No. CR417-213 (S.D. Ga.), either by guilty plea, jury verdict of guilty, jury verdict of acquittal, dismissal, or a mixed jury verdict after which the government does not seek a retrial on any remaining counts.

It is **FURTHER ORDERED** that Plaintiff Securities and Exchange Commission shall notify the Court in writing of the disposition of the criminal proceedings no later than thirty (30) days following said disposition.

SO ORDERED this ___ day of _____, 2017.

_____
HONORABLE LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA